**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MAURICE O'NEAL BANKS        :    CIVIL ACTION
                                          :
      v.                                :    NO. 07-967
                                          :
WARDEN MCFADDEN, <u>et al.</u>      : 

<u>ORDER</u>

      **AND NOW**, this   29th   day of May, 2009, upon consideration of Defendant

Shivone's Motion for Summary Judgment (docket no. 23) and Plaintiff's Motion to Appoint

Counsel (docket no. 24), and for the reasons stated in the accompanying memorandum, it is

**ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED** and that Plaintiff's

Motion to Appoint Counsel is **DENIED**.  Accordingly, judgment is entered in favor of

Defendant Shivone, and the Clerk of the Court shall mark this case **CLOSED**.

                          **BY THE COURT:**

                          **S/ BRUCE W. KAUFFMAN**   

                        **BRUCE W. KAUFFMAN,  J.**